LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| JUAN MANUEL GUZMAN, | ) | No. 5:23-cv-00255-MRW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND THREE HUNDRED AND ONE DOLLARS AND 50/100  ($4,301.50), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE:   7/17/23   _____

HON. MICHAEL R. WILNER,
UNITED STATES MAGISTRATE JUDGE